**LISA B. FREELAND**
Federal Public Defender

**MICHAEL J. NOVARA**
First Assistant Federal Public Defender

**W. PENN HACKNEY**
Senior Litigator

# FEDERAL PUBLIC DEFENDER
## WESTERN DISTRICT OF PENNSYLVANIA
**1500 LIBERTY CENTER**
**1001 LIBERTY AVENUE**
**PITTSBURGH, PENNSYLVANIA 15222**
phone: (412) 644-6565
fax: (412) 644-4594
website: *http://paw.fd.org*

**AKIN ADEPOJU**
**CANDACE CAIN**
**LINDA E.J. COHN**
**JAY J. FINKELSTEIN**
**ANDREW Z. LIPSON**
**THOMAS LIVINGSTON**
**ELISA A. LONG**
**RENEE D. PIETROPAOLO**
*Assistant Federal Public Defenders*

***Erie Branch Office**
**(814) 455-8089**

June 9, 2015

Marcia M. Waldron, Clerk
United States Court of Appeals for the Third Circuit
21400 United States Courthouse
Independence Mall West
601 Market Street
Philadelphia, Pennsylvania 19106-1790

*Re:    United States v. Thomas David Steiner*
*Appeal No. 14-4628*

Dear Ms. Waldron:

Pursuant to L.A.R. 25.1 and L.A.R. Misc 113, seven copies of the Brief for Appellant, including Volume I of the Appendix for Appellant, and four copies of Volume II of the Appendix for Appellant, were electronically filed in the above-captioned case on June 5, 2015.

Because this appeal does not challenge the sentence imposed, copies of the presentence report and statement of reasons are not required by L.A.R. 30.3(c), and, therefore, were not filed or submitted.

Very truly yours,

*/s/ Renee Pietropaolo*
Renee Pietropaolo
Assistant Federal Public Defender

RP:lem
Enclosures

cc:    Rebecca Ross Haywood,
Assistant United States Attorney