UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

_____

No. 14-4628
_____

UNITED STATES OF AMERICA

v.

THOMAS DAVID STEINER,
                                                        Appellant
_____

On Appeal from the United States District Court
for the Western District of Pennsylvania
(D.C. Crim No. 2-11-cr-00089-001)
District Judge: Honorable Joy Flowers Conti


_____


Argued: November 6, 2015

BEFORE: FUENTES, JORDAN, and VANASKIE, *Circuit Judges*


_____

JUDGMENT
_____


        This cause came to be considered on the record from the United States

District Court for the Western District of Pennsylvania and was argued on November 6,

2015.  On consideration whereof, it is now hereby ORDERED and ADJUDGED by this

Court that the Judgment of Conviction of the District Court of November 17, 2014 is

hereby AFFIRMED.  All of the above in accordance with the opinion of this Court.


ATTEST:

s/ Marcia M. Waldron
Clerk


Dated:  March 3, 2016