# Supreme Court of the United States
# Office of the Clerk
# Washington, DC  20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

December 30, 2016

Clerk
United States Court of Appeals
  for the Third Circuit
21400 United States Courthouse
601 Market Street
Philadelphia, PA 19106-1790

    Re:   Thomas David Steiner
           v.  United States,
           No. 16-5660 (Your docket No. 14-4628)

Dear Clerk:

    Attached please find a certified copy of the judgment of this Court in the above-entitled case.  You may obtain a copy of the opinion cited in the judgment by visiting our website, http://www.supremecourt.gov.

    Sincerely,

    SCOTT S. HARRIS, Clerk

    By

    Hervé Bocage
    Judgments/Mandates Clerk

Enc.
cc:    Ms. Renee Domenique Pietropaolo, Esq.

# Supreme Court of the United States
# Office of the Clerk
# Washington, DC  20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

December 30, 2016

Ms. Renee Domenique Pietropaolo, Esq.
Assistant Federal Public Defender
1500 Liberty Center
1001 Liberty Avenue
Pittsburgh, PA 15222-3714

    Re:  Thomas David Steiner
         v. United States,
         No. 16-5660

Dear Ms. Pietropaolo:

    Today, a certified copy of the judgment of this Court in the above-entitled case was emailed to the Clerk of the United States Court of Appeals for the Third Circuit.  You may obtain a copy of the opinion cited in the judgment by visiting our website, http://www.supremecourt.gov.

                Sincerely,

                SCOTT S. HARRIS, Clerk

                By
                Herve' Bocage
                Judgments/Mandates Clerk

cc:  Clerk, USCA for the Third Circuit
        (Your docket No. 14-4628)

# Supreme Court of the United States

No. 16-5660

**THOMAS DAVID STEINER,**

Petitioner

v.

**UNITED STATES**

**ON PETITION FOR WRIT OF CERTIORARI** to the United States Court of Appeals for the Third Circuit.

**THIS CAUSE** having been submitted on the petition for writ of certiorari and the response thereto.

**ON CONSIDERATION WHEREOF**, it is ordered and adjudged by this Court that the motion of petitioner for leave to proceed *in forma pauperis* and the petition for writ of certiorari are granted. The judgment of the above court in this cause is vacated, and the case is remanded to the United States Court of Appeals for the Third Circuit for further consideration in light of *Mathis* v. *United States,* 579 U. S. ___ (2016).

December 30, 2016



A True copy SCOTT S. HARRIS
Test
Clerk of the Supreme Court of the United States
By: Cynthia Rapp